UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TOM R. PORTER, ALAN C. DOWNEN,<br>PALISADES COLLECTION, LLC and<br>CITIZENS NATIONAL BANK OF<br>ALBION,<br><br>   Defendants. | Case No. 08-cv-847-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: July 30, 2009**

**Approved:**   s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**